# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL ACTION** |
| | : | No. 17-208-3 |
| **DASSAN CORNISH** | : | |
| | : | |

## ORDER

This 6th day of April, 2021, for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that Defendant's Motion for Compassionate Release, ECF 467, is **DENIED**.

    /s/ Gerald Austin McHugh
United States District Judge